United States Courts
Southern District of Texas
FILED
**January 21, 2026**
Nathan Ochsner, Clerk of Court

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 21, 2026
Lyle W. Cayce
Clerk

No. 26-40019

UNITED STATES OF AMERICA,

*Plaintiff—Appellant*,

versus

MARTIN ZAMORA,

*Defendant—Appellee.*

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:25-CR-439-1

_____

CLERK'S OFFICE:

Under FED. R. APP. P. 42(B), the appeal is dismissed as of January 21, 2026, pursuant to appellant's motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _Rebecca Andry_
Rebecca Andry, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

January 21, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 26-40019   USA v. Zamora
                    USDC No. 2:25-CR-439-1

Enclosed is an order entered in this case.

                   Sincerely,

                   LYLE W. CAYCE, Clerk

                   By: _Rebecca Andry_____
                   Rebecca Andry, Deputy Clerk
                   504-310-7638

Mr. Philip G. Gallagher
Ms. Rosa Victoria Garcia-Cross
Ms. Carmen Castillo Mitchell
Mr. Nathan Ochsner
Mr. Cole Jomar Royer